UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:10-CR-100 |
| vs. | ) | |
| | ) | |
| STACEY ANITA CALLAHAN | ) | MATTICE/CARTER |

MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on July 12, 2010, in accordance with Rule 46(c) of the Federal Rules of Criminal Procedure and 18 U.S.C. §§ 3143 and 3148 on the Petition for Action on Conditions of Pretrial Release. Those present for the hearing included:

(1) AUSA James Brooks for the USA.
(2) The defendant, Stacey Anita Callahan.
(3) Attorney Mary Ellen Coleman for defendant.
(4) U.S. Supervising Probation Officer Joey Byars.
(5) Courtroom Deputy Kelli Jones.

The defendant was advised of the allegations contained in the Petition for Action on Conditions of Pretrial Release.

The Petition for Action on Conditions of Pretrial Release sets out that defendant was terminated from the drug treatment program at CADAS due to continued non-compliance and resistant/challenging attitude. Based on the defendant's discharge from CADAS, I conclude the defendant has failed to abide by her conditions of release and that she is therefore a danger to the community. The defendant's bond is REVOKED and she must be DETAINED without bond.

SO ORDERED.

ENTER.

Dated: July 13, 2010                    *s/William B. Mitchell Carter*
                                         UNITED STATES MAGISTRATE JUDGE